38,879-04

Abel Acosta "Clerk" Court of Criminal Appeals of Texas.

I was wondering if may be there was a mix up with my writ.

This notice card you sent me has a wrong TDC number on it. 1889887, Mines is 1933654. I am sending it back, hoping there was a mix up.

Please let me know as soon as possible, Thank you for your time

Theodore R. Gates Jr.
Mont ford Unit TDC#1933654
8602 Peach St.
Lubbock Tx 79404

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

PRESORTED
FIRST CLASS

9/9/2015
GATES, THEODORE ROOSEVELT Jr.                    Tr. Ct. No. 44235-02-D
WR-38,879-04

The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

THEODORE ROOSEVELT GATES JR.
MONTFORD UNIT - TDC # 1889887   1933654
8602 PEACH ST.
LUBBOCK, TX 79404-7605

TC4-041

3B 79404